IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY MITCHELL WICKS,
    Plaintiff,

vs.                                       Case No.:  3:11cv287/LAC/CJK

DAVID MORGAN,
    Defendant.

---

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on June 16, 2011, by filing a complaint under 42 U.S.C. § 1983, and a motion to proceed *in forma pauperis*. (Docs. 1 & 2)  Plaintiff's motion to proceed *in forma pauperis* was found to be deficient and he was given thirty (30) days to file a printout reflecting transactions in his prison account.  (Doc. 5)  This order, however, was returned as undeliverable ("no longer at this address") and the clerk was instructed to re-mail a copy of the order to plaintiff's address of record and to the address provided by the Escambia County Jail.  Additionally, plaintiff was given fourteen (14) days to show cause why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 7)  This order was also returned as undeliverable.  (Doc. 8)  To date, plaintiff has failed to respond to any court orders or explain his inability to do so.

      Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 27th day of September, 2011.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).